UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**MICHAEL CAPERS,**

                        Petitioner,

v.                                                                     9:17-CV-555 (BKS/ATB)

**SUPERINTENDENT,**

                        Respondent.
_____

**Appearances:**

Lowell R. Siegel, Esq.
Office of Lowell R. Siegel
23 Indian Ladder Drive
Altamont, NY 12009
*Attorney for Petitioner*

Paul B. Lyons, Esq.
Hon. Eric T. Schneiderman
Office of New York State Attorney General
120 Broadway
New York, NY 10271
*Attorney for Respondent*

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

      On May 19, 2017, Petitioner Michael Capers filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his convictions for criminal possession of a weapon in the second degree. (Dkt. No. 1). Respondent filed an answer and memorandum of law in response, and also filed the state court record. (Dkt. Nos. 9, 10, 11). This matter was referred to United States Magistrate Judge Andrew T. Baxter who, on February 9, 2018, issued a Report-Recommendation recommending that the petition be denied and dismissed, and that a certificate

of appealability be denied.  (Dkt. No. 12).  Magistrate Judge Baxter advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review.  (Dkt. No. 12, at 33).  No objections to the Report-Recommendation have been filed.  As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error.  *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.  Having reviewed the Report-Recommendation for clear error and found none, the Court adopts it in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 12) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED AND DISMISSED;** and it is further

**ORDERED** that no Certificate of Appealability ("COA") shall issue because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2); and it is further

**ORDERED** that any further request for a Certificate of Appealability must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated:  April 4, 2018

Brenda K. Sannes
U.S. District Judge